UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHAN HILL,

            Plaintiff,

     v.

,

           Defendant.

Case No.  21-cv-02676-PJH

**ORDER OF DISMISSAL**

     Plaintiff, a state prisoner proceeding pro se, filed a civil action.  Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP").  He was provided twenty-eight days to correct these deficiencies.  More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice.

     **IT IS SO ORDERED.**

Dated: May 27, 2021

                         */s/ Phyllis J. Hamilton*
                         PHYLLIS J. HAMILTON
                         United States District Judge