TO: Judge Phyllis J. Hamilton

From: Nathan Hill, aka Idea ATM 23, CEO of Celebrity Green Room

Hi, I got a dismissal order today from you for case # ~~21-cv-00104~~ 21-cv-02676-PJH, its odd because it shows no name for Defendant. Also I only have one civil suit in Northern Dist. case # 21-cv-00104-JST, which I've already been granted IFP on 1-13-21. This is the 1st I'm hearing of this case, can you send me copy of whatever its about? I wrote your court on 5-11-21 that I was transferred here but your order was addressed to Salinas Valley in Soledad, you should have my updated addy.

Date: 6-9-21

x N.Hill 23

Nathan Hill, Plaintiff

FILED
JUN 14 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

U.S. POSTAGE >> PITNEY BOWES
ZIP 93215 $ 000.51
02 4W
0000349256 JUN 10 2021

**Return Address**

**Kern Valley State Prison**
Name: Nathan Hill   CDCR#: BB8003
Facility: D   Bldg.: 6   Cell: 126
P.O. Box: 5101
Delano, CA 93216
*Inmate Indigent Mail*

Kern Valley State Prison
Facility D, Building 6

LEGAL MAIL

TO: Northern District Court
1301 Clay St., Ste 400S
Oakland, CA 94612

LEGAL MAIL

6/9/21

*Kern Valley State Prison Facility D, Building 5* (stamp)

AUTHORIZED ITEMS

* Greeting cards - limit 10 w/attached plain white envelope
* 40 postage stamps, 40 envelopes (no hand stamped or metered envelopes)
* 300 sheets of white or yellow lined paper (not cotton paper or color paper)
* 15 photographs (ASU - limit 5) no altered photos
* Checks/Money Orders with I/M Name and CDCR#
* Calendars - not to exceed 12 x 12 unopened
* Manila envelopes - limit 10 (clasp removed)

List is provided as a courtesy and does not reflect all restrictions or policies.

UNAUTHORIZED ITEMS

* No mail over 16 ounces in weight. No padded/cushioned envelopes
* No musical or handmade greeting cards (No 3-D Cards)
* No receipts/birth certificates/marriage license/food/clothing/etc.
* No Cash/travelers checks/foreign currency
* No ID Cards/Business Cards/Credit Cards/Phone Cards/etc.
* No gang signs or gang related material
* No Polaroid's/slides/negatives/photo albums
* No items depicting drugs/nudity/sexually explicit material
* No tattoo patterns/trading paper/card stock/cardboard
* No jewelry/glitter/stickers/labels/lipstick/perfume/etc.
* No 3rd party mail. No pens or pencils.